# Morgan Lewis

> **MEMO ENDORSED**
>
> **SO ORDERED:**
>
> Application **GRANTED**.
>
> _____
> **Ona T. Wang**            9/10/20
> United States Magistrate Judge

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

August 27, 2020

**Via ECF**

The Honorable Ona T. Wag
United State Magistrate Judge
United States District Court
 For the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20D
New York, NY 10007-1312

Re:   *Young v. Strategic Education, Inc.*, No. 1:20-cv-5741-PGG-OTW
      **Request for 30-Day Order**

Dear Judge Wang:

We represent Defendant Strategic Education, Inc., in the above referenced action.  Pursuant to Your Honor's Individual Practices in Civil Cases, we write jointly with counsel for Plaintiff Lawrence Young, to inform the Court that the parties have reached an agreement in principle to resolve this matter.  Accordingly, the parties respectfully request that that Court stay all deadlines in this case for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          ☏ +1.212.309.6000
United States                      ✇ +1.212.309.6001