# Morgan Lewis

<div style="border:1px solid red">

**MEMO ENDORSED**

</div>

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

October 6, 2020

<u>**Via ECF**</u>

The Honorable Ona T. Wang
United State Magistrate Judge
United States District Court
 For the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20D
New York, NY 10007-1312

<div style="border:1px solid red">

**SO ORDERED:**

Application **GRANTED**.

_____
**Ona T. Wang**                    10/8/20
Unites States Magistrate Judge

</div>

Re:      *Young v. Strategic Education, Inc.*, No. 1:20-cv-5741-PGG-OTW
         **Request for 30-Day Order**

Dear Judge Wang:

We represent Defendant Strategic Education, Inc., in the above referenced action.  Pursuant to Your Honor's Individual Practices in Civil Cases, we write jointly with counsel for Plaintiff Lawrence Young, to inform the Court that the parties are in the process of finalizing their written agreement to resolve this matter and respectfully to request that the Court extend the stay of all deadlines in this case for an additional 30 days, from October 10, 2020 until November 9, 2020, to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          📞 +1.212.309.6000
United States                     📠 +1.212.309.6001