# Morgan Lewis

**MEMO ENDORSED**

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

November 9, 2020

**Via ECF**

The Honorable Ona T. Wang
United State Magistrate Judge
United States District Court
 For the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20D
New York, NY 10007-1312

Re:     *Young v. Strategic Education, Inc.*, No. 1:20-cv-5741-PGG-OTW
        **Request for 30-Day Order**

Dear Judge Wang:

We represent Defendant Strategic Education, Inc., in the above referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write jointly with counsel for Plaintiff Lawrence Young, to inform the Court that the parties have finalized their written agreement to resolve this matter and respectfully to request that the Court extend the stay of all deadlines in this case for an additional two weeks, from November 9, 2020 to November 23, 2020, to permit the parties to file a stipulation of dismissal with the Court pursuant to the terms of their agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming
*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**SO ORDERED:**

Application GRANTED.

_____
Ona T. Wang                    11/10/20